742

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND BARTEMIO, Defendant-Appellant.

(No. 58504; ▮▮▮▮▮▮▮▮▮

First District (1st Division)—May 6, 1974.

PER CURIAM.
BURKE, J., took no part.

Edward C. Riordan, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.